Clifton BARNES, Petitioner–Appellant,

v.

Ronald ANGELONE, Virginia Department of Corrections, Respondent–Appellee.

No. 02–6962.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Dec. 31, 2002.

Clifton Barnes, Appellant Pro Se.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Clifton Barnes appeals a district court's order accepting a magistrate judge's recommendation to dismiss his 28 U.S.C. § 2254 (2000) petition as untimely. An appeal may not be taken from the final order in a habeas corpus proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). When, as here, a district court dismisses a § 2254 petition solely on procedural grounds, a certificate of appealability will not issue unless the petitioner can demonstrate both "(1)'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right,' and (2)

'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" *Rose v. Lee,* 252 F.3d 676, 684 (4th Cir.) (quoting *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000)), *cert. denied* 534 U.S. 941, 122 S.Ct. 318, 151 L.Ed.2d 237 (2001). We have reviewed the record and conclude for the reasons stated by the district court that Barnes has not made the requisite showing. *See Barnes v. Angelone,* No. CA–02–391–AM (E.D. Va. filed May 29, 2002 & entered May 30, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We deny Barnes' motions for preparation of transcripts at government expense, oral argument, and appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*